IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RICKY WASHINGTON,

                Plaintiff,          Civil No. 05-1623-AA

                v.                  ORDER

CHARLES DANIELS, et al.,

                Defendants.

_____

AIKEN, District Judge.

      Plaintiff's Motion to Expedite (#3) is denied as moot. The court's "screening" of plaintiff's complaint has already occurred and the orders concerning plaintiff's in forma pauperis request and notice of lawsuit and request of waiver of service is issued contemporaneously with this order.

      Plaintiff's Motion to Expedite (#5) is allowed to the extent that the court's rulings on plaintiff's Motion for Appointment of Counsel and Motion for Temporary Restraining Order are indicated below.

1 - ORDER

Plaintiff's Motion for Appointment of Counsel (#6) is denied on the ground that there are no extraordinary circumstances that require the appointment of counsel under § 1915(d).

Plaintiff's Motion for Temporary Restraining Order (#7) is denied on the ground that plaintiff has not demonstrated the requisite showing of probability of success on the merits.


DATED this __28__ day of November, 2005.

/s/ Ann Aiken
Ann Aiken
United States District Judge